IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| REYNALDO UBALLE, JR. and EL TORRO INVESTMENTS LLC,<br><br>Plaintiffs,<br><br>v.<br><br>APRIL LIEBERMAN,<br><br>Defendant. | Case No.: 1:23-mc-00003-JDB |

ORDER DENYING MOTION TO STAY

Before the Court is the July 5, 2023, motion of Defendant, April Lieberman, who is proceeding pro se, seeking to stay proceedings pending resolution of a motion filed in the United States District Court for the Northern District of Georgia. (Docket Entry 16.) Local Rule 7.2 governs motion practice generally and requires any motion be accompanied by a certificate of consultation "affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement." Local R. 7.2(a)(1)(B). Furthermore, the certificate "must contain the names of participating counsel and the date and manner of the consultation." *Id.* "This Court routinely denies motions when *pro se* litigants fail to file the certificate of consultation." *Taylor v. Wal-Mart*, No. 217CV02386JPMCGC, 2018 WL 2271379, at *2 (W.D. Tenn. May 17, 2018); *see also, e.g., Jason Sherwood v. Derrick Schofield*, No. 2:12-cv-02742-JDT-cgc, 2015 WL 1345241, at *2 (W.D. Tenn. Mar. 23, 2015); *Kevin Lee Carnett v. PNC Mortgage*, No. 1:12-cv-01081-JDB-egb, 2013 WL 12147018, at *1-2 (W.D. Tenn. Mar. 8, 2013).

Therefore, the motion to stay is DENIED WITHOUT PREJUDICE. As such, Lieberman shall have up to and including July 12, 2023, by which to file her motion to stay accompanied by a certificate of consultation.

IT IS SO ORDERED this 5th day of July 2023.

s/ J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE
